FILED
April 16, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TRAVIS A. GRIFFIN, ) <br> ) <br> Defendant. ) | Case No. Mag 06-0205 DAD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Travis A. Griffin</u>, Case No. <u>Mag 06-0205 DAD</u>, Charge <u>Title 18 USC § 13</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　X　Release on Personal Recognizance

　　__　Bail Posted in the Sum of $_____

　　　　__　Unsecured Appearance Bond

　　　　__　Appearance Bond with 10% Deposit

　　　　__　Appearance Bond with Surety

　　　　__　Corporate Surety Bail Bond

　　　　__　(Other) _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>April 16, 2007</u> at <u>2:30 pm</u>.

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal