DANIEL J. BRODERICK, CA Bar #89424
Federal Defender
LEXI NEGIN, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for the Defendant
TRAVIS GRIFFIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRAVIS GRIFFIN,<br><br>　　　　　Defendant. | Mag. 06-205-DAD<br><br>**APPLICATION AND ORDER FOR TRANSPORTATION AND SUBSISTENCE PURSUANT TO 18 U.S.C. § 4285**<br><br>Date:　September 4, 2007<br>Time:　10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

　　　Defendant TRAVIS GRIFFIN hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

　　　Mr. Griffin is unable to afford his own transportation from his residence in Warsaw, Missouri to Sacramento, California for his judgment and sentencing hearing on September 4, 2007 at 10:00 a.m.

DATED: August 17, 2007　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　/s/ Lexi Negin
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LEXI NEGIN
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　TRAVIS GRIFFIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>           Plaintiff,         )<br>                              )<br>      v.                      )<br>                              )<br>TRAVIS GRIFFIN,               )<br>                              )<br>           Defendant.         )<br>                              )<br>_____) | Mag 06-205-DAD<br><br>**ORDER FOR TRANSPORTATION AND SUBSISTENCE** |

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendant, TRAVIS GRIFFIN, with transportation and subsistence expenses for travel from Warsaw, Missouri to Sacramento, California for his judgment and sentencing hearing in the United States Magistrate Court for the Eastern District of California on September 4, 2007 at 10:00 a.m.  If there is not a plane flight available for Mr. Griffin to timely make his appearance on September 4, 2007 it will be necessary for Mr. Griffin to arrive in Sacramento, California on September 3, 2007, in order to timely make his court appearance by 10:00 a.m. on September 4, 2007.  Mr. Griffin will also need return transportation back to his residence on September 4, 2007.  The United States Marshal

2

1  must furnish Mr. Griffin with money for subsistence expenses to his
2  destination, not to exceed the amount authorized as a per diem
3  allowance for travel under section 5702(a) of Title 5, United States
4  Code.  This order is authorized pursuant to 18 U.S.C. §4285.
5  IT IS SO ORDERED.
6  DATED: August 17, 2007.

                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

12  Ddad1/orders.criminal/griffin0205.ord

3