# RECOMMENDATION TERMINATING
# PROBATION PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **Docket Number:** 2:06MJ00205 |
| ) | |
| TRAVIS A. GRIFFIN ) | |
| ) | |

**LEGAL HISTORY:**

On September 25, 2007, the above-named was placed on probation for a period of 4 years, which commenced on September 25, 2007. Special conditions included: Participation in correctional treatment; Abstain from the use of alcoholic beverages and not frequent those places where alcohol is chief item of sale; Participate in mental health treatment; Aftercare co-payment; and Participate in and complete a parenting class.

**SUMMARY OF COMPLIANCE:**

Mr. Griffin has complied with all conditions and special conditions of probation, and has not been involved in any further criminal activities. It is the opinion of the probation officer in the Western District of Missouri that Mr. Griffin has derived maximum benefit from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that probation in this case be terminated early.

Respectfully submitted,

/s/Toni M. Ortiz
**TONI M. ORTIZ**
**United States Probation Officer**

**Re:**   Travis A. GRIFFIN
   Docket Number:   2:06CRMJ00205
   **RECOMMENDATION TERMINATING**
   **PROBATION PRIOR TO EXPIRATION DATE**


Dated:   October 23, 2008
   Sacramento, California
   TMO/cp

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
   **KYRIACOS M. SIMONIDIS**
   **Supervising United States Probation Officer**


cc:   AUSA   (Pursuant to Rule 32, notice of proposed relief to the probationer is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Probation Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35                  **ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

---

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:06MJ00205** |
| ) | |
| **TRAVIS A. GRIFFIN** ) | |
| ) | |

On September 25, 2007, the above-named was placed on probation for a period of 4 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

                                         Respectfully submitted,

                                         /s/Toni M. Ortiz
                                         **TONI M. ORTIZ**
                                  **United States Probation Officer**

Dated:        November 18, 2008
                Sacramento, California
                TMO/cp

**REVIEWED BY:**     /s/Kyriacos M. Simonidis
                           **KYRIACOS M. SIMONIDIS**
                           **Supervising United States Probation Officer**

**Re:   Travis A. GRIFFIN**
       **Docket Number:   2:06CRMJ00205**
       **ORDER TERMINATING PROBATION**
       **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

DATED: November 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.criminal/griffin0205.ord(2)

Attachment:  Recommendation
cc:  United States Attorney's Office